**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7811**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

        v.

CHARLES JEROME ADAMS,

                    Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Aiken.  Patrick Michael Duffy, Senior District Judge.  (1:91-cr-00291-PMD-2)

Submitted:  April 21, 2016          Decided:  April 25, 2016

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Jerome Adams, Appellant Pro Se. Robert Nicholas Bianchi, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Jerome Adams appeals the district court's order denying his 18 U.S.C. § 3582 (2012) motion for a reduction of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Adams, No. 1:91-cr-00291-PMD-2 (D.S.C. Oct. 27, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2